IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRONTLINE PLACEMENT TECHNOLOGIES, INC., | : | |
| | : | CIVIL ACTION |
| | : | NO. 07-2457 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CRS, INC., | : | |
| | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this **8th** day of **February, 2011**, for the reasons set forth in the Court's accompanying memorandum dated February 8, 2011, it is **ORDERED** that the disputed claim terms shall be defined as follows:

| Terms & Patent(s) | Construction |
|---|---|
| **(1) acceptance**<br><br>'151 Patent (Claims 3, 6, 7, 16, 24, and 33) | No construction necessary. |
| **(2) accepting**<br><br>'519 Patent (Claims 10 and 13) | No construction necessary. |
| **(3) accepting**<br><br>'519 Patent (Claims 24 and 25) | No construction necessary. |

| | |
|---|---|
| **(4) accepting**<br><br>'519 Patent<br>(Claim 30) | No construction necessary. |
| **(5) securing, in response to receiving the acceptance from the worker . . . the securing comprising halting, at the one or more computers, further processing to fulfill the posted position with any other substitute worker**<br><br>'519 Patent<br>(Claim 10) | **automatically** securing, in response to receiving the acceptance from the worker . . . the securing comprising halting, at the one or more computers, further processing to fulfill the posted position with any other substitute worker |
| **(6) securing, in response to the receiving a response accepting step**<br><br>'519 Patent<br>(Claim 13) | **automatically** securing, in response to the receiving a response accepting step |
| **(7) securing, in response to the receiving a response accepting step**<br><br>'519 Patent<br>(Claim 30) | **automatically** securing, in response to the receiving a response accepting step |
| **(8) securing, in response to the receiving a response accepting step**<br><br>'519 Patent<br>(Claim 24 and 25) | **automatically** securing, in response to the receiving a response accepting step |

| | |
|---|---|
| **(9) securing, in response to the receiving a response accepting step**<br><br>'519 Patent<br>(Claim 30) | **automatically** securing, in response to the receiving a response accepting step |
| **(10) computer readable medium**<br><br>'519 Patent (Claims 13 and 30) | any medium that participates in providing instructions to a processor for execution |
| **(11) substitute fulfillment**<br><br>'151 Patent<br>(Claim 3, 6, 7, 16, 24, and 33)<br><br>'519 Patent<br>(Claim 10, 13, 24, and 25) | No construction necessary |
| **(12) performing substitute fulfillment**<br><br>'151 Patent<br>(Claim 3, 16, 24, and 33)<br><br>'519 Patent<br>(Claim 10 and 13) | No construction necessary. |
| **(13) substitute fulfillment system**<br><br>'151 Patent<br>(Claim 6 and 7)<br><br>'519 Patent<br>(Claims 10, 13, 24, and 25) | No construction necessary. |

| (14) position fulfillment<br><br>'519 Patent<br>(Claim 30) | No construction necessary. |
|---|---|
| (15) performing position fulfillment<br><br>'519 Patent<br>(Claim 30) | No construction necessary. |
| (16) providing, for one or more of the positions, information indicating directly or indirectly an organization worksite location for the respective position<br><br>'151 Patent<br>(Claims 3, 16, 24, and 33) | No construction necessary. |

AND IT IS SO ORDERED.

EDUARDO C. ROBRENO, J.

- 4 -