IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRONTLINE TECHNOLOGIES, INC., | : | CIVIL ACTION |
| | : | NO. 07-2457 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CRS, INC., | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this **22nd** day of **December, 2011,** it is hereby **ORDERED** as follows:

(1) Plaintiff's unopposed motion to amend the complaint (ECF No. 66) is **GRANTED;**[1]

(2) Plaintiff's motion to dismiss Defendant's counterclaims relating to the '519 Patent is **GRANTED;** and

(3) Counterclaims III and IV of the Amended Answer are **DISMISSED for lack of jurisdiction**.

**AND IT IS SO ORDERED.**

s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1] The Second Amended Complaint attached as Exhibit B to the Motion to Dismiss and Amend should be filed of record by Plaintiff within five days.