IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRONTLINE TECHNOLOGIES, INC., : | CIVIL ACTION |
| : | NO. 07-2457 |
| Plaintiff, : | |
| v. : | |
| CRS, INC., : | |
| Defendant. : | |

### **O R D E R**

**AND NOW**, this **26th** day of **July, 2012,** it is hereby **ORDERED** that Defendant's Motion for Partial Summary Judgment (ECF No. 77) is **DENIED.**

**AND IT IS SO ORDERED.**

                                      s/Eduardo C. Robreno
                              **EDUARDO C. ROBRENO, J.**