```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


FRONTLINE TECHNOLOGIES, INC., :   CIVIL ACTION
                              :   NO. 07-2457
         Plaintiff,           :
                              :
    v.                        :
                              :
CRS, INC.,                    :
                              :
         Defendant.           :
```

### O R D E R

**AND NOW,** this **26th** day of **July, 2012,** it is hereby **ORDERED** that Plaintiff's Motion for Partial Summary Judgment on Patent Misuse (ECF No. 89) is **GRANTED**.

**AND IT IS SO ORDERED.**

                                     s/Eduardo C. Robreno
                                   **EDUARDO C. ROBRENO, J.**