# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRONTLINE TECHNOLOGIES GROUP LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CRS HOLDING COMPANY LLC,<br><br>　　　　　Defendant. | Civil Action No.: 2:07-cv-02457<br><br>Hon. Eduardo C. Robreno |

## STIPULATION OF DISMISSAL

The parties hereby stipulate that this action, together with all counterclaims, is voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.  Each party shall bear its own costs.

　Dated: August 26, 2015

| | |
|---|---|
| /s/ Patricia Smink Rogowski<br>Patricia Smink Rogowski (PA 52072)<br>PANITCH SCHWARZE BELISARIO & NADEL, LLP<br>2200 Concord Pike, Suite 201<br>Wilmington, DE  19803<br>Telephone:  (215) 965-1330<br>Facsimile:   (215) 965-1331<br>Email:progowski@panitchlaw.com<br><br>*Attorney for Defendant CRS Holding Company LLC, substituted for CRS, Inc.* | /s/ John E. McGlynn<br>John P. Donohue, Jr. (PA 25703)<br>John E. McGlynn (PA 79661)<br>Baker & Hostetler LLP<br>Cira Centre – 12th Floor<br>2929 Arch Street<br>Philadelphia, PA 19103<br>(215) 568-3100<br><br>R. Scott Tewes (GA 702677)<br>Tewes Law Group LLC<br>Sugarloaf Corporate Center<br>2180 Satellite Blvd., Suite 400<br>Duluth, GA 30097<br>(678) 382-0388 |

*Attorneys for Frontline Technologies Group LLC, substituted for Frontline Technologies, Inc.*